IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID H. FITZGERALD<br>*Plaintiff* | : <br> : <br> : | CIVIL ACTION <br><br> NO. 13-6979 |
| v. | : <br> : | |
| NATIONAL RAILROAD PASSENGER<br>CORPORATION<br>*Defendant* | : <br> : <br> : | |

# O R D E R

AND NOW, this 3rd day of September 2015, it is hereby **ORDERED** that a final pretrial conference shall be held on November 18, 2015, at 2:00 PM in the United States Courthouse, 601 Market Street, Room 4000, Philadelphia, PA. Lead trial counsel for each party and any unrepresented party are required to attend. Ten (10) days prior to the final pretrial conference, all parties shall file and submit to the Court a pretrial memorandum that comports with Local Rule 16.1(c). Any failure to comply with this Order may result in sanctions.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.