## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID H. FITZGERALD** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 13-6979** |
| **v.** | : | |
| | : | |
| **NATIONAL RAILROAD PASSENGER** | : | |
| **CORPORATION t/d/b/a AMTRAK** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 13th day of July 2016, upon consideration of the *motion for summary judgment* filed by Defendant National Railroad Passenger Corporation, t/d/b/a Amtrak ("Defendant"), [ECF 34], the opposition thereto filed by Plaintiff David H. Fitzgerald, [ECF 40], and Defendant's reply, [ECF 49], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that the motion is **GRANTED**, and judgment is entered in favor of Defendant National Railroad Passenger Corporation and against Plaintiff David H. Fitzgerald.

The Clerk of Court is directed to mark this matter **CLOSED**.

**BY THE COURT:**

**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*