# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| David H. Fitzgerald | ) |
| | ) |
| v. | ) Case No.: 13-6979 |
| National Railroad Passenger Corporation, | ) |
| t/d/b/a AMTRAK | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __07/13/2016__ against __Plaintiff David Fitzgerald__,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................. | $ |
| Fees for service of summons and subpoena ............................ | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 1,779.90 |
| Fees and disbursements for printing ................................. | |
| Fees for witnesses *(itemize on page two)* ......................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case................................. | 1,159.20 |
| Docket fees under 28 U.S.C. 1923 .................................. | |
| Costs as shown on Mandate of Court of Appeals ....................... | |
| Compensation of court-appointed experts ............................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ..................................... | |
| TOTAL | $ 2,939.10 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service     [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: __Ali M. Kliment__

Name of Attorney: __Ali M. Kliment__

For: __National Railroad Passenger Corporation, t/d/b/a AMTRAK__     Date: __07/27/2016__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*     *Deputy Clerk*     *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the partyclaiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID H. FITZGERALD,** | : |
| Plaintiff, | : NO. 13-6979 |
| v. | : |
| **NATIONAL RAILROAD PASSENGER CORPORATION, t/d/b/a AMTRAK,** | : |
| Defendant. | : |

## DECLARATION OF ALI M. KLIMENT IN SUPPORT OF DEFENDANT'S BILL OF COSTS

Pursuant to 28 U.S.C. § 1746, I, Ali M. Kliment, declare as follows:

1. I am an attorney licensed to practice in the Commonwealth of Pennsylvania and admitted to practice before this Court.

2. I am associated with the law firm of Morgan, Lewis & Bockius LLP ("Morgan, Lewis"), counsel for Defendant National Railroad Passenger Corporation, t/d/b/a Amtrak ("Defendant") in this action.

3. I submit this Declaration in support of Defendant's Bill of Costs pursuant to Federal Rule of Civil Procedure 54(d)(1).

4. I have personal knowledge of the following facts.

5. As of July 27, 2016, Defendant has actually and necessarily incurred taxable costs in the aggregate amount of **$2,939.10** in connection with the legal representation of Defendant in this action. A detailed breakdown of said costs is attached as Exhibit A to this Declaration. Invoices detailing said costs are attached as Exhibit B to this Declaration.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 27, 2016                                              /s/ Ali M. Kliment  
                                                                                 ALI M. KLIMENT

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID H. FITZGERALD, | : |
| Plaintiff, | : NO. 13-6979 |
| v. | : |
| NATIONAL RAILROAD PASSENGER CORPORATION, t/d/b/a AMTRAK, | : |
| Defendant. | : |

EXHIBIT A
ITEMIZATION OF COSTS RELATED TO
DEFENDANT'S REQUEST FOR TAXATION OF COSTS

**I.  Fees for Transcripts Pursuant to 28. U.S.C. 1920(2)**

| Date | Description | Amount |
|---|---|---|
| 11/03/2014 | Deposition Transcript of Plaintiff David Fitzgerald | $425.90 |
| 01/22/2015 | Deposition Transcript of Sharon Jindal | $97.50 |
| 01/22/2015 | Deposition Transcript of Jennifer Haken-Lafty | $139.50 |
| 03/26/2015 | Deposition Transcript of Gary Lindenmuth | $388.35 |
| 03/27/2015 | Deposition Transcript of Steven Siebert | $331.30 |
| 03/31/2015 | Deposition Transcript of LaTonya Barber | $397.35 |
| | SUBTOTAL | $1,779.90 |

**II.  Costs for Exemplification and Copies of Papers Pursuant to 28 U.S.C. § 1920(4)**

| Date | Description | Amount |
|---|---|---|
| | Duplication of materials necessarily obtained for use in the case (AMTRAK000001-AMTRAK005614) (5,614 pages x .10 x 2 sets) | $1,122.80 |
| 08/31/2015 | Duplication of Exhibits in Support of Motion for Summary Judgment (91 pages x .10 x 2 sets) | $18.20 |
| | **GRAND TOTAL** | **$2,939.10** |

# EXHIBIT B

# INVOICE


Ace Reporters, Inc.

215-627-6701
The Bourse, Suite 1030
111 S. Independence Mall East
Philadelphia
www.acereporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31420 | 4/9/2015 | 2455 |
| Job Date | Case No. | |
| 3/27/2015 | | |
| Case Name | | |
| David Fitzgerald v. National Railroad Passenger Corporation | | |
| Payment Terms | | |
| Due upon receipt | | |

~~William Delany, Esquire~~ *Robin Perry*
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Steven Seibert | | | | 301.00 |
| Exhibit | 24.00 Pages | @ | 0.45 | 10.80 |
| Packaging and Delivery | 1.00 | @ | 19.50 | 19.50 |
| | **TOTAL DUE >>>** | | | **$331.30** |

Tax ID: 81-0633558

Phone:    Fax:

*Please detach bottom portion and return with payment.*

William Delany, Esquire
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Job No.    : 2455           BU ID    : 1-MAIN
Case No.   :
Case Name  : David Fitzgerald v. National Railroad Passenger Corporation
Invoice No. : 31420         Invoice Date : 4/9/2015
Total Due  : $ 331.30

Remit To: Ace Reporters, Inc.
          111 S. Independence Mall East
          The Bourse, Suite 1030
          Philadelphia, PA 19106

| PAYMENT WITH CREDIT CARD   AMEX  [MC]  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:_____    Phone#: |
| Billing Address: |
| Zip:         Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31418 | 4/9/2015 | 2454 |
| Job Date | Case No. | |
| 3/26/2015 | | |

**Case Name**

David Fitzgerald v. National Railroad Passenger Corporation

**Payment Terms**

Due upon receipt

**Ace Reporters, Inc.**
215-627-6701
The Bourse, Suite 1030
111 S. Independence Mall East
Philadelphia
www.acereporters.com

~~William Delany, Esquire~~ *Robin Perry*
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Gary Lindenmuth | | | | 351.75 |
| Exhibit | 38.00 Pages | @ | 0.45 | 17.10 |
| Packaging and Delivery | 1.00 | @ | 19.50 | 19.50 |
| | **TOTAL DUE >>>** | | | **$388.35** |

Tax ID: 81-0633558

Phone:    Fax:

*Please detach bottom portion and return with payment.*

William Delany, Esquire
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Job No.     : 2454                BU ID     : 1-MAIN
Case No.    :
Case Name   : David Fitzgerald v. National Railroad Passenger Corporation

Invoice No. : 31418          Invoice Date : 4/9/2015
**Total Due** : $ 388.35

Remit To:  Ace Reporters, Inc.
           111 S. Independence Mall East
           The Bourse, Suite 1030
           Philadelphia, PA 19106

**PAYMENT WITH CREDIT CARD**  AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Ace Reporters, Inc.
215-625-6701
The Bourse, Suite 1030
111 S. Independence Mall East
Philadelphia
www.acereporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31465 | 4/14/2015 | 2456 |
| Job Date | Case No. | |
| 3/31/2015 | | |
| Case Name | | |
| David Fitzgerald v. National Railroad Passenger Corporation | | |
| Payment Terms | | |
| Due upon receipt | | |

William Delany, Esquire    *Robin Perry*
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| LaTonya Barber | | | | 356.25 |
| Exhibit | 48.00 Pages | @ | 0.45 | 21.60 |
| Packaging and Delivery | 1.00 | @ | 19.50 | 19.50 |
| | **TOTAL DUE >>>** | | | **$397.35** |

**Tax ID:** 81-0633558                                                                                               Phone:   Fax:

*Please detach bottom portion and return with payment.*

William Delany, Esquire
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Job No.      : 2456            BU ID      : 1-MAIN
Case No.     :
Case Name    : David Fitzgerald v. National Railroad Passenger Corporation
Invoice No.  : 31465           Invoice Date : 4/14/2015
Total Due    : $ 397.35

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: Ace Reporters, Inc.
          111 S. Independence Mall East
          The Bourse, Suite 1030
          Philadelphia, PA 19106



Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Tax Number: 45-3463120
Toll Free (888) 486-4044
Fax (856) 437-5003

Remit to:
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

### Invoice # CSD214887

| | |
|---|---|
| Invoice Date | 11/19/2014 |
| Terms | NET 30 |
| Payment Due | 12/19/2014 |
| Date of Loss | |
| Name of Insured | AMTRAK/MORGAN |
| Adjuster | N/A |
| Claim Number | 2014-00304 |

CAILIN HEILIG, ESQ
MORGAN, LEWIS & BOCKIUS, LLP - PHILADELP
ATTN: ACCOUNTS PAYABLE
P.O. BOX 91330
PASADENA, CA 91109

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/03/2014 | FITZGERALD DAVID VS. NATIONAL RAILROAD CO | 228925 | 11/19/2014 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 11/03/2014, DAVID FITZGERALD (PHILADELPHIA, PA) | | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (137 Pages) | $ 2.70 | $ 369.90 |
| EXHIBITS | $ 31.00 | $ 31.00 |
| ASCII DISK | $ 0.00 | $ 0.00 |
| E-TRANSCRIPT | $ 0.00 | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | $ 0.00 |
| | | $ 400.90 |
| CSD-SHIPPING | | $ 25.00 |
| | | $ 25.00 |

MATTER NUMBER: 14180.0266

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/03/2015** | **$ 425.90** |
| Amount Due After 01/03/2015 | $ 468.49 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.com

VISA



CAILIN HEILIG, ESQ
MORGAN, LEWIS & BOCKIUS, LLP - PHILADELP
ATTN: ACCOUNTS PAYABLE
P.O. BOX 91330
PASADENA, CA 91109

| | |
|---|---|
| Invoice # | CSD214887 |
| Payment Due | 12/19/2014 |
| Amount Due On/Before 01/03/2015 | $ 425.90 |
| Amount Due After 01/03/2015 | $ 468.49 |

Remit to:
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

199 0000214887 11192014 4 000042590 4 12192014 01032015 4 000046849 44

# INVOICE

brusilow+associates
255 S. 17th Street, Suite 1503
Philadelphia, PA 19103
P 215.772.1717    F 877.763.4000

*Requester - Annette Lopresti*
*Amount $237.00*
*brusilow + associates*
*Client/Matter # 018180-01-0266*

CAILIN HEILIG, ESQUIRE
MORGAN LEWIS & BOCKIUS
1701 MARKET STREET
PHILADELPHIA, PA 19103

February 15, 2015

Invoice# 01221532

Balance:    $237.00

Re: David Fitzgerald v. Amtrak
    Jennifer Haky and Sharon Jindal
    on 01/22/15 billed 02/15/15

| Charge Description | Amount |
|---|---|
| ORAL DEPOSITION OF JENNIFER HAKEN LAFFY - 44 PAGES | 132.00 |
| ORAL DEPOSITION OF SHARON JINDAL - 30 PAGES | 90.00 |
| ONE COPY | |
| EXHIBITS ATTACHED | |
| HANDLING AND DELIVERY | 15.00 |

P l e a s e   R e m i t   - - - >   Total Due:   $237.00

Please tear off stub and return with payment.

TAX ID # 232711104

brusilow+associates                              Invoice# 01221532
www.brusilow.com                                 Balance$   237.00

## CERTIFICATE OF SERVICE

I, Ali M. Kliment, hereby certify that a true and correct copy of the foregoing Defendant's Bill of Costs, Declaration of Ali M. Kliment in Support of Defendant's Bill of Costs, and Exhibits A and B were filed electronically and are available for viewing and downloading from the ECF system of the U.S. District Court for the Eastern District of Pennsylvania, and that I served the same via electronic filing on July 27, 2016 upon the following:

Robert Vance Jr.
Law Offices of Robert Vance Jr.
100 South Broad Street, Suite 910
Philadelphia, PA 19110
Tel. 215 557-9350
Fax. 215 278-7992
Email: rvance@vancelf.com

*Attorney for Plaintiff David H. Fitzgerald*

/s/ Ali M. Kliment
ALI M. KLIMENT