IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID H. FITZGERALD,

  Plaintiff,

  v.               Civil Action Number: 2:13-cv-06979-NIQA

NATIONAL RAILROAD PASSENGER
CORPORATION t/d/b/a AMTRAK,

  Defendant.

## PLAINTIFF'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, David Fitzgerald, hereby appeals to the Third Circuit Court of Appeals from the Order of Court granting Defendant's Motion for Summary Judgment filed July 13, 2016.

            Respectfully submitted,

            MORGAN & PAUL, PLLC

            /s/ Gregory G. Paul
            GREGORY G. PAUL
            PA ID No.: 83334
            First and Market Building
            100 First Avenue, Suite 1010
            Pittsburgh, PA  15222
            (412) 259-8375
            (888) 822-9421 (facsimile)
            gregpaul@morgan-paul.com

            Attorney for Plaintiff

Dated: August 9, 2016